PLAINTIFF

VS.

DEFENDANT

CIVIL ACTION NO.

**PLEADING FILED IN PAPER FORMAT**