```
                 IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

ALBERT MCCARTHY,                  :    CIVIL ACTION
          Plaintiff,              :
     v.                           :
JEFFREY S. DARMAN, et al.,        :    No. 07-CV-3958
          Defendants.             :

**<u>ORDER</u>**

AND NOW, this    24th    day of June, 2009, it is hereby ORDERED that Plaintiff's Motion for Partial Summary Judgment as to Plaintiff's claims under 42 U.S.C. § 1983 is DENIED. Defendants' Motion for Summary Judgment as to Plaintiff's § 1983 is GRANTED.  Furthermore, the Court declines to exercise supplemental jurisdiction.  Plaintiff's state law claims are, therefore, DISMISSED with leave to Plaintiff to re-file them in state court.

                                    BY THE COURT:


                                    s/J. Curtis Joyner
                                    J. CURTIS JOYNER, J.