# UNITED STATES DISTRICT COURT

for the

EASTERN DISTRICT OF PENNSYLVANIA

ALBERT McCARTHY )
)
v. ) Case No.: 07-3958 and 08-1011
Darman, et al. and Eastburn and Gray, P.C. )
)

## Bill of Costs

Judgment having been entered in the above entitled __06/25/2009__ against __Plaintiff, Albert McCarthy__
 _Date_

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ |
| Fees for service of summons and subpoena .... Schedule "A" | 694.90 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case Schedule "B" | 8,405.30 |
| Fees and disbursements for printing | |
| Fees for witnesses _(itemize on page two)_ .. Schedule "C" | 280.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case..... Schedule "D" | 3,158.07 |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs _(please itemize)_ | |
| TOTAL | $ 12,538.27 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[X] Electronic service by e-mail as set forth below and/or.

[ ] Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: _Barbara A. O'Connell_

Name of Attorney: __Barbara A. O'Connell, Esquire__

For: __All Defendants__  Date: __07/01/09__
 _Name of Claiming Party_

Costs are taxed in the amount of _____ and included in the judgment.

_____  By: _____
_Clerk of Court_  _Deputy Clerk_  _Date_

# SCHEDULE "A"

## DEFENDANTS' COSTS--SERVICE OF SUBPOENAS

| Process Server | Witness | Date | Cost |
|---|---|---|---|
| Joe Glennon | Chester County Hospital | 1/5/09 | $60.00 |
| Joe Glennon | Dr. Ray McLaughlin | 1/5/09 | $75.00 |
| Guaranteed Subpoena Service, Inc. | Kennett Township | 2/5/09 | $59.95 |
| Guaranteed Subpoena Service, Inc. | Dr. Brian Kelly | 2/20/09 | $119.95 |
| Joe Glennon | Sandy Hill Camp | 5/11/09 | $200.00 |
| Joe Glennon | Eckman Family Dentistry | 5/11/09 | $60.00 |
| Joe Glennon | Progress Rail Services | 5/18/09 | $120.00 |

TOTAL: $694.90

# SCHEDULE "B"

## DEFENDANTS' COSTS--DEPOSITION TRANSCRIPTS

| Deponent | Date | Cost |
|---|---|---|
| David Fiorenza | 6/10/08 | $355.50 |
| Joseph Makowski | 9/18/08 | $383.35 |
| Emidio Falini | 10/6/08 | $456.00 |
| David Miller | 10/27/08 | $244.70 |
| David Fiorenza (con't) | 12/11/08 | $414.75 |
| Jerome Rhodes | 12/16/08 | $352.50 |
| Mayor Leon Spencer | 1/2/09 | $298.75 |
| Marc Jonas | 1/14/09 | $366.90 |
| Allan Falcoff | 4/7/09 | $192.25 |
| Cheryl McCarthy | 5/28/09 | $269.75 |
| Edward Zunino | 6/26/09 | $176.75 |
| William Holdsworth | 10/30/08 | $667.50 |
| Jeffrey Darman | 12/11/08 | $846.60 |
| Grace Deon | 12/17/08 | $519.75 |
| Albert McCarthy | 12/31/08 | $1,028.00 |
| Albert McCarthy (Vol. II) | 2/6/09 | $729.25 |
| John Thomas | 11/17/08 | $355.00 |
| Richard Pesce | 11/17/08 | $275.00 |
| Edward Zunino | 4/30/09 | $239.25 |
| Kathy Holliday | 4/30/09 | $233.75 |

TOTAL:   $8,405.30

# SCHEDULE "C"

## DEFENDANTS' COSTS--WITNESS FEES

| Witness | Date | Cost |
|---|---|---|
| Chester County Hospital | 12/29/08 | $40.00 |
| Brian Kelly, M.D. | 1/20/09 | $40.00 |
| Kennett Township | 1/20/09 | $40.00 |
| James Walsh, Ph.D. | 3/17/09 | $40.00 |
| Sandy Hill Camp | 5/7/09 | $40.00 |
| Eckman Family Dentistry | 5/7/09 | $40.00 |
| Progress Rail Services | 5/28/09 | $40.00 |

TOTAL: $280.00

# SCHEDULE "D"

## DEFENDANTS' COSTS--COPYING COSTS

| Service | Date | Cost |
|---|---|---|
| Reliable Copy Services | 9/30/08 | $102.72 |
| Reliable Copy Services | 6/10/09 | $379.81 |
| Reliable Copy Services | 6/10/09 | $285.48 |
| Reliable Copy Services | 4/29/09 | $621.37 |
| Reliable Copy Services | 4/29/09 | $341.80 |
| Reliable Copy Services | 5/7/09 | $403.67 |
| Reliable Copy Services | 2/27/09 | $43.87 |
| Reliable Copy Services | 6/11/08 | $82.35 |
| Reliable Copy Services | 11/20/08 | $369.37 |
| Justin McCarthy, Esquire | 3/25/09 | $200.00 |
| Iod, incorporated | 1/12/09 | $43.75 |
| Sir Speedy | 2/6/08 | $498.88 |

```
                          TOTAL: $3,373.07
(Payment rec'd-5/8/09           - 215.00
Justin McCarthy, Esquire)       $3,158.07
```