IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALBERT MCCARTHY, | : |
| | : |
|     Plaintiff, | :  CIVIL ACTION |
| | : |
|  v. | :  No. 07-cv-3958 |
| | : |
| JEFFREY S. DARMAN, et al., | : |
| | : |
|     Defendants. | : |

### ORDER

AND NOW, this 9th day of September, 2009, upon consideration of Defendants' Motion for Attorneys' Fees (Doc. No. 65), and responses thereto, for the reasons set forth in the attached Memorandum, it is hereby ORDERED that the Motion is DENIED.

BY THE COURT:

s/J. Curtis Joyner

J. CURTIS JOYNER, J.