IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALBERT J. McCARTHY | : | CIVIL ACTION |
| v. | : | |
| JEFFREY S. DARMAN, et al. | : | NO. 07-cv-3958 |

## JUDGMENT

**AND NOW**, this 9th day of July, 2010, judgment is hereby entered in favor of Jeffrey S. Darman, Borough of Kennett Square, Marc D. Jonas, Esquire, Grace M. Deon, Richard A. Pesce, Emidio J. Falini, Joseph M. Makowski, David B. Miller, Jerome E. Rhodes and John R. Thomas and against Albert J. McCarthy in the amount of $12,538.27.

_____
MICHAEL E. KUNZ
CLERK OF COURT