IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALBERT J. McCARTHY | CIVIL ACTION |
| v. | |
| JEFFREY S. DARMAN,<br>BOROUGH OF KENNETT SQUARE,<br>MARC D. JONAS, ESQUIRE,<br>GRACE M. DEON, ESQUIRE,<br>RICHARD A. PESCE,<br>EMIDIO J. FALINI,<br>JOSEPH M. MAKOWSKI,<br>DAVID B. MILLER,<br>JEROME E. RHODES,<br>JOHN R. THOMAS. | ASSIGNED TO THE HONORABLE<br>J. CURTIS JOYNER<br><br><br><br><br><br>NO. 07-3958 |

## ORDER TO SATISFY JUDGMENT

TO THE CLERK:

Kindly mark the Judgment entered July 9, 2010 in favor of Defendants and against Plaintiff in the amount $12,538.27, satisfied. No other costs to be assessed against either party.

**SWEENEY & SHEEHAN**

By: *[signature]*
BARBARA A. O'CONNELL
Identification No.: 46461
Attorney for Defendants

1515 Market Street, 19th Floor
Philadelphia, PA 19102
(215) 563-9811

DATE: August 19, 2010

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALBERT J. McCARTHY | CIVIL ACTION |
| v. | |
| JEFFREY S. DARMAN, BOROUGH OF KENNETT SQUARE, MARC D. JONAS, ESQUIRE, GRACE M. DEON, ESQUIRE, RICHARD A. PESCE, EMIDIO J. FALINI, JOSEPH M. MAKOWSKI, DAVID B. MILLER, JEROME E. RHODES, JOHN R. THOMAS. | ASSIGNED TO THE HONORABLE J. CURTIS JOYNER<br><br>NO. 07-3958 |

## CERTIFICATION OF SERVICE

I hereby certify that I caused a true and correct copy of the Order to Satisfy Judgment to be filed electronically via the Court's Electronic Filing System, from which it is immediately available to counsel.

SWEENEY & SHEEHAN

By: _____
BARBARA A. O'CONNELL
Identification No.: 46461
Attorney for Defendants